JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN D' JESUS CRUZ,<br>Petitioner,<br>v.<br>WARDEN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-4205-SVW(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 8, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE